In the Matter of CARROLL K. DAVIS, Appellant, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Argued May 26, 1954; decided July 14, 1954.

*Isidore Levine, Emanuel Greenberg, Allen H. Suffern* and *George Shapiro* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.